# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

**Bear Creek Partners II, L.L.C.,** a Michigan limited liability company**; Bear Creek Retail Partners II LLC,** a Michigan limited liability company**; Strathmore Development Company Michigan LLC,** a Michigan limited liability company**; Abbott Road Commons, L.L.C.**, a Michigan limited liability company; **Scott A. Chappelle**, an individual; and **Charles W. Crouch**, an individual,

    Plaintiffs/Counter-Defendants,

vs.

**Deutsche Bank Trust Company Americas, as Trustee for the Registered Holders of RBS Commercial Funding, Inc., Commercial Mortgage Pass-Through Certificates, Series 2012-C7,** a REMIC Trust**, Torchlight Loan Services, LLC,** a Delaware limited liability company**, Torchlight Investors, LLC**, a Delaware limited liability company**,** and **DOF IV REIT Holdings, LLC,**

    Defendants/Counter-Plaintiffs.

Lead Case No: 1:14-cv-00309
Member Case No: 1:14-cv-01336

Honorable Janet T. Neff
Magistrate Judge Ellen S. Carmody

---

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The parties having stipulated through their respective counsel:

NOW, THEREFORE, IT IS ORDERED that all claims, counterclaims and third party claims that have been raised or could have been raised in the lead case, Case No. 1:14-cv-00309, and member case, 1:14-cv-01336, are dismissed with prejudice and without costs to any party.

This is a Final Order.

Dated: May 11, 2017

                                            /s/ Janet T. Neff
                                          UNITED STATES DISTRICT JUDGE